UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANTE WOODS | ) | |
| | ) | |
| v. | ) | NO. 3:12-0467 |
| | ) | JUDGE SHARP |
| SERVICESOURCE DELAWARE, INC | ) | |
| | ) | |

## ORDER

Pursuant to the Stipulation of Dismissal (Docket No. 23) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_/s/ Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE