**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DANTE WOODS** | ) | |
| | ) | |
| **v.** | ) | **NO.  3:12-0467** |
| | ) | **JUDGE SHARP** |
| **SERVICESOURCE DELAWARE, INC** | ) | |
| | ) | |

## ORDER

Pursuant to the Stipulation of Dismissal (Docket No. 23) filed by the parties, this action is

hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE